### 20473. WYSE *v.* MCKINNEY

STEPHENS, J. A judgment overruling a demurrer to a plea is neither a final judgment nor a judgment which would be final if rendered as contended for. The bill of exceptions, which complains only of a judgment

overruling a demurrer to a plea, presents no question for this court's consideration. The writ of error is therefore dismissed; but it is ordered that the copy of the bill of exceptions on file in the office of the clerk of the superior court be treated as exceptions pendente lite.

*Writ of error dismissed, with direction. Jenkins, P. J., and Bell, J., concur.*

DECIDED OCTOBER 15, 1930. ADHERED TO ON REHEARING, FEBRUARY 28, 1931.

*William Butt,* for plaintiff.

*Thomas H. Crawford, Morris, Hawkins & Wallace,* for defendant.